**Order Withdrawn and Order filed May 29, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00396-CV
_____

## IN THE INTEREST OF C.A.C, S.Y.C., K.G.C., and M.E.C., Children

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-05044J**

## ORDER

This appeal was abated on May 22, 2012, because the reporter's record had not been filed. The record has been filed. Accordingly, our order of May 22, 2012, is withdrawn and the appeal reinstated.

PER CURIAM